UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ISAAC JONES, III,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 5:24-cv-01481-JGB-SP

**ORDER DISMISSING ACTION WITH PREJUDICE**

Pursuant to the Stipulation for Dismissal filed by the parties, this action is hereby dismissed with prejudice. Each party to bear its own costs, fees, and expenses.

IT IS SO ORDERED.

Dated: July 17, 2026

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE